AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

**FILED**
12:37 pm Sep 26 2025
Clerk U.S. District Court
Northern District of Ohio
Toledo

United States of America
v.
JUSTIN LUKER

*Defendant*

Case No. 25-mj-2055 (AMD)

**3:25MJ5383 NDOH**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Justin Luker,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to illegally transport or receipt in state of residency of firearm purchased outside the state of residency and to make a false statement during purchase of a firearm, in violation of 18 U.S.C. § 371

Date: August 29, 2025

*Issuing officer's signature*

City and state: District of New Jersey

Hon. Ann Marie Donio, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*