# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JUSTIN LUKER | ) | Case No. |
| | ) | 25-mj-2055 (AMD) |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  March 2023 to June 2023  in the county of  Atlantic  in the
District of  New Jersey  , the defendant(s) violated:

| Code Section | Description of Offenses |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to illegally transport or receipt in state of residency of firearm purchased outside the state of residency and to make a false statement during purchase of a firearm, See Attachment A |

This criminal complaint is based on these facts:
See Attachment B

☑ Continued on the attached sheet.

*Christopher Gutierrez*
*Complainant's signature*

Christopher Gutierrez, Special Agent, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
 telephone  *(specify reliable electronic means).*

Date: August 29, 2025

*Judge's signature*

City and state:  District of New Jersey      Hon. Ann Marie Donio, U.S. Magistrate Judge
*Printed name and title*

CONTENTS APPROVED

By: *Josephine Park*

Josephine J. Park
Assistant United States Attorney

Date: <u>August 27, 2025</u>

## Attachment A

From in or about March 2023 to in or about June 2023, in Atlantic County, in the District of New Jersey and elsewhere, the defendants,

**JASMINE OSORIO,
JUSTIN LUKER, and
JOHN GRIFFITH, JR.,**

and another co-conspirator ("Co-conspirator 1"), did knowingly and intentionally conspire and agree with each other and with others to commit the following offenses against the United States:

a. Illegal transportation into, and receipt in, a person's state of residency of a firearm purchased and acquired outside of the person's state of residency, in violation of Title 18, United States Code, Section 922(a)(3); and

b. Making and causing to be made a false statement in connection with the acquisition of firearms from licensed dealers, in violation of Title 18, United States Code, Section 922(a)(6).

## OVERT ACTS

In furtherance of the conspiracy, and to effect the objects of the conspiracy, the defendants JASMINE OSORIO, JUSTIN LUKER, and JOHN GRIFFITH, JR., and Co-conspirator 1, did commit and cause to be committed, the following overt acts, among others, in the District of New Jersey, and elsewhere:

1. On or about March 7, 2023, LUKER, GRIFFITH, and Co-conspirator 1 began driving from New Jersey to Ohio to purchase firearms and to transport them back to New Jersey for further transfer and resale.

2. On or about June 12, 2023, LUKER and GRIFFITH engaged in a text-message discussion concerning LUKER's request to GRIFFITH to purchase firearms on his behalf.

In violation of Title 18, United States Code, Section 371.

## Attachment B

I, Christopher Gutierrez, am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF").  I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, photographs and video recordings of the evidence.  Where statements of others are related herein, they are related in substance and part.  Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation.  Where I assert that an event took place on a particular date and time, I am asserting that it took place on or about the date and time alleged.

## Background on Firearm Purchases in the United States

1. Gun stores and pawn shops in the United States must be licensed by the federal government to sell firearms.  Such licensed gun stores and pawn shops, known as Federal Firearms Licensees, or "FFLs," must create and maintain records for each firearm sold.

2. To legally purchase a firearm from an FFL, a customer must first complete ATF Form 4473 ("Form 4473").  Form 4473 requires the customer to provide personal information and to answer a series of questions to determine whether the customer is eligible to purchase a firearm.  Such questions include, but are not limited to, the following:

> Are you the actual transferee/buyer of the firearm(s) listed on this form? Waning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person.  If you are not the actual transferee/buyer, the dealer cannot transfer the firearm(s) to you.

> Have you ever been convicted in any court, including military court, of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?

The customer must also sign the bottom of Form 4473, certifying that all of the information provided in the form is true, correct, and complete.

3. A convicted felon is ineligible to purchase a firearm from an FFL. Accordingly, if a customer answers "yes" to a question asking if he or she has a felony conviction on Form 4473, that customer is prohibited from receiving or possessing a firearm.

4. A "straw purchaser" is a term used to refer to an individual who acquires a firearm from an FFL on behalf of another individual for the purpose of concealing the identity of the true intended receiver of the firearm.  A straw

1

purchaser completes Form 4473 in his or her own name, claiming that he or she is the actual purchaser, but in reality, the firearm is being purchased on someone else's behalf.

5. To complete a firearm transaction, the FFL must conduct a criminal background check on the buyer of the firearm, and create and maintain a record of the manufacturer and/or importer, model, caliber, firearm type, and serial number for each firearm involved in the transaction.

**Overview of the Investigation**

6. Since 2023, ATF agents have been investigating a firearms-trafficking network, which includes defendants Jasmine Osorio ("OSORIO"), Justin Luker ("LUKER"), John Griffith, Jr. ("GRIFFITH"), and Co-conspirator 1, and which operates in and around Atlantic County, New Jersey, and elsewhere.

7. At all times relevant to this Complaint, none of the defendants were a federally licensed dealer, importer, or manufacturer of firearms. At all times relevant to this Complaint, LUKER was a convicted felon, and therefore, prohibited from possessing a firearm under federal law.

8. ATF agents' investigation has revealed that, in furtherance of the conspiracy described herein, OSORIO and GRIFFITH purchased firearms in Ohio, while making false statements to conceal that they were purchasing the firearms on behalf of someone else, to later transfer to and/or resell the firearms in New Jersey, where one or more of them resided. Between August 2022 and June 2023, OSORIO purchased at least 14 pistols and one AR style rifle, and OSORIO also attempted to purchase one revolver. Between October 2022 and June 2023, GRIFFITH purchased at least 13 pistols and one revolver. Of the firearms that OSORIO and GRIFFITH purchased, six firearms were recovered in southern New Jersey and Delaware.

9. During an interview with ATF agents, GRIFFITH admitted to lying on Form 4473 for multiple firearms purchases, which falsely stated that he was the actual buyer of the firearm, when in fact GRIFFITH was purchasing them on behalf of someone else.

**Firearms Purchases**

10. In March 2023, GRIFFITH, LUKER, and Co-conspirator 1 traveled from Atlantic County, New Jersey, to Ohio to purchase firearms and to transport them back to New Jersey for resale.

11. On March 8, 2023, GRIFFITH purchased the following four firearms:

| Make | Model | Serial Number | FFL |
|---|---|---|---|
| Taurus | G2S | ADE309613 | Sports Junction, Geneva, Ohio |
| Glock | G19X | BXZH300 | Sports Junction, Geneva, Ohio |
| Masterpiece Arms | Defender | FX38047 | Vance Retail, Hebron, Ohio |
| Kahr Arms | CW9 | EG9918 | Vance Retail, Hebron, Ohio |

12. On the same day, at Sports Junction in Geneva, Ohio, OSORIO purchased a Ruger EC95 9mm pistol, approximately 10 minutes after GRIFFITH purchased firearms at the same location.

13. Later that day, GRIFFITH, LUKER, and Co-conspirator 1 stayed at a hotel in Hebron, Ohio. The hotel reservation was under LUKER's name.

14. The next day, on March 9, 2023, GRIFFITH returned to Vance Retail in Hebron, Ohio, and purchased the following three firearms:

| Make | Model | Serial Number | FFL |
|---|---|---|---|
| SCCY | CPX-2 | C433211 | Vance Retail, Hebron, Ohio |
| SCCY | CPX-2 | C446156 | Vance Retail Hebron, Ohio |
| SCCY | CPX-2 | C446202 | Vance Retail Hebron, Ohio |

15. On March 9, 2023, GRIFFITH, LUKER, and Co-conspirator 1 drove back to Atlantic City, New Jersey with the firearms purchased in Ohio.

16. On April 2, 2023, LUKER sent GRIFFITH a text message saying, "I have 640 rn I need a way to get $60 to get these shits." GRIFFITH responded, "I'm not getting 90 today." LUKER then replied, "Damn I'm tryna get these jawns."[1]

---

[1] From my training and experience I am aware that the term "jawn" is used to refer to a think, place, person or event, but in this context, the term "jawns" refers to firearms.

3

17.  The next day, on April 3, 2023, GRIFFITH transferred $60 to LUKER via a mobile payment service, CashApp.  One minute later, LUKER sent OSORIO $60 via CashApp.

18.  Between April 3 and April 5, 2023, LUKER sent an additional $2,625 to OSORIO in several installments.  On April 4, 2023, OSORIO returned $1,320 to LUKER, keeping a total of $1,365.

19.  On April 4, 2023, OSORIO deposited $500 in cash into her bank account ending in 1225.  On the same day, OSORIO also transferred approximately $1,600 from CashApp to her account ending in 1225.  OSORIO then withdrew $1217.97 in cash from her account ending in 1225 at a convenience store in Columbus, Ohio.

20.  Later that day, on April 4, 2023, OSORIO purchased the following six firearms in Ohio:

| Make | Model | Serial Number | FFL |
|---|---|---|---|
| Taurus | G3 | ADE329069 | Vance Outdoors, Columbus, Ohio |
| Taurus | G3 | AEA029253 | Vance Outdoors, Columbus, Ohio |
| TISAS | ZIG M1911 | T0620-23Z07221 | Vance Outdoors, Columbus, Ohio |
| Smith & Wesson | M&P 5.7 | PJH5398 | Vance Outdoors, Obetz, Ohio |
| Taurus | G2C | AEC131921 | Vance Outdoors, Obetz, Ohio |
| Taurus | G3C | AEA022739 | Vance Outdoors, Obetz, Ohio |

21.  On April 4, 2023, LUKER was in the vicinity of Vance Outdoors in Obetz, Ohio.  The next day, LUKER returned to Atlantic County, New Jersey.

22.  On April 6, 2023, OSORIO was in Egg Harbor Township, New Jersey.

23.  On April 9, 2023, LUKER sent $1,018 to OSORIO.

4

24. On April 9, 2023, OSORIO placed an online order at Vance Outdoors in Obetz, Ohio, for three firearms. The firearms were then shipped to Garrett's Guns and Ammo in Ashtabula, Ohio. On April 12, 2023, OSORIO picked up the following three firearms she had ordered:

| Make | Model | Serial Number | FFL |
|---|---|---|---|
| Glock | 22 | BXVD051 | Garrett's Guns and Ammo, Ashtabula, Ohio |
| Taurus | G2C | AEC143951 | Garrett's Guns and Ammo, Ashtabula, Ohio |
| SCCY | CPX-2 | C436328 | Garrett's Guns and Ammo, Ashtabula, Ohio |

25. On April 16, 2023, OSORIO placed another online order from Vance Outdoors for a Taurus Model 605 .357 Magnum revolver for $386.98. This order was again shipped to Garrett's Guns and Ammo in Ashtabula, Ohio. That same day, LUKER transferred $500 to OSORIO using CashApp. Fifteen minutes later, OSORIO transferred to LUKER $113.02, which was the exact difference between the amount LUKER had just sent to OSORIO and the cost of the firearm that OSORIO had purchased online. The firearm purchase transaction was not completed, however, because one of the involved FFLs halted the transaction due to it being a suspected straw purchase.

26. On April 21, 2023, LUKER sent OSORIO $259.00 via CashApp.

27. On June 7, 2023, OSORIO purchased a SCCY CPX-2 at Dunham's Sports in Ashtabula, Ohio.

5

28. On June 12, 2023, LUKER and GRIFFITH had the following exchange of text messages:

> LUKER: Are u able to get 2 seed
>
> LUKER: Sccy[2]
>
> GRIFFITH: You gave 250 there 150
>
> LUKER: Ard just one
>
> GRIFFITH: Ard bet you need 38s[3]

At the time these text messages were exchanged, LUKER was located in Wildwood, New Jersey, and GRIFFITH was in western Pennsylvania.

29. GRIFFITH arrived in Ohio later that same day and purchased a Ruger LCP 380 Pistol in Parma, Ohio.

30. GRIFFITH and OSORIO completed Form 4473 for every firearm they purchased and falsely certified that they were buying the firearms for their own use and were not acquiring the firearms on behalf of another person or persons.

**Firearms Recovery**

31. On July 22, 2023, police officers in Atlantic City recovered two Taurus G3 pistols with serial numbers ADE329069 and AEA022739 in the possession of Individual 1 and his accomplice. The two Taurus G3 pistols previously had been used by Individual 1 and his accomplice during a carjacking in Atlantic City. The two Taurus G3 pistols had been purchased by OSORIO on April 4, 2023, before they were found in the possession of Individual 1.

32. A review of a recorded jail video call from Atlantic County Justice Facility showed that on August 9, 2023, Individual 1 spoke with LUKER.

---

[2] From my training and experience and knowledge of this investigation, I am aware that the SCCY Industries is a Florida based firearms manufacturer and GRIFFITH and OSORIO previously purchased SCCY firearms in Ohio.

[3] Based on my training and experience, GRIFFITH is likely referring to the type of ammunition required for the SCCY pistol that LUKER is asking GRIFFITH to purchase for LUKER.

33. On November 2, 2023, police officers in Egg Harbor Township, New Jersey recovered a Taurus G2S 9mm pistol with serial number ADE309613, which had been purchased by GRIFFITH on March 8, 2023.

34. On January 30, 2024, another firearm, a Taurus G2C pistol with serial number AEC143951, was recovered in Galloway, New Jersey.  At the time it was recovered, the firearm was in the possession of two individuals—one of whom was a convicted felon—when they attempted to burglarize a residence.  The firearm had been purchased by OSORIO on April 12, 2023.

35. On September 9, 2024, in Hartly, Delaware, Delaware State police officers recovered a Burgu BRG9 Elite 9mm pistol with serial number TG019-22C06308 in a vehicle occupied by two convicted felons.  The firearm was connected to two previous shootings in Dover, Delaware: an ambush-style homicide of a 15-year-old teenager in April 2024 and an aggravated assault in June 2023.  This firearm had been purchased by GRIFFITH in November 2022 in Ohio.

*Christopher Gutierrez*
Christopher Gutierrez
ATF Special Agent

Pursuant to Fed. R. Crim. P. 4.1, ATF Special Agent Christopher Gutierrez was sworn and attested to the contents of this affidavit via telephone in support of the complaint and arrest warrants.

_____          Date: August 29, 2025
HON. ANN MARIE DONIO
United States Magistrate Judge

7